FEBRUARY 25, 1957.

No. 9, Original. TEXAS v. NEW MEXICO ET AL. *Per Curiam:* The motions to amend the bill of complaint are denied. The motion to dismiss is granted and the bill of complaint is dismissed because of the absence of the United States as an indispensable party. *Will Wilson,* Attorney General, *Will Davis,* Assistant Attorney General, and *Eugene T. Edwards,* Special Assistant Attorney General, for the State of Texas, plaintiff. *Fred M. Standley,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico, and *Martin A. Threet* for the Middle Rio Grande Conservancy District et al., defendants. *Solicitor General Rankin* and *George S. Swarth* filed a memorandum for the United States.

No. 637. UNITED LIQUORS CORP. ET AL. v. UNITED STATES. *Per - Curiam:* The motion to affirm is granted and the judgment is affirmed. *Hal Gerber, Robert L. Taylor, Thurmond Arnold, Charles A. Noone* and *Harry C. Pierotti* for appellants. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States.

No. 652. RADFORD v. GARY, GOVERNOR OF OKLAHOMA, ET AL. *Per Curiam:* The judgment is affirmed. *Colegrove* v. *Green,* 328 U. S. 549; *Kidd* v. *McCanless,* 352 U. S. 920.

*Sid White* for appellant. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Fred Hansen,* First Assistant Attorney General, for appellees.